IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| MICHAEL T. RAND,           )<br>                            )<br>    Plaintiff,              )<br>                            )<br>    v.                      )<br>                            )<br>DEMETRIUS SANDERS, et al., )<br>                            )<br>    Defendants.             ) | CIVIL ACTION NO.<br>2:20cv783-MHT<br>(WO) |

OPINION AND ORDER

Plaintiff, a federal prisoner, filed a motion for preliminary injunction seeking an order that the defendant correctional officials transfer him to home-confinement status. This case is before the court on the recommendation of the United States Magistrate Judge that plaintiff's motion for preliminary injunction be denied. Also before the court are plaintiff's objections to the recommendation. Upon an independent and de novo review of the record, the court concludes that the objections should be overruled and the recommendation adopted.

***

Accordingly, it is ORDERED as follows:

(1) The objections (Doc. 42) are overruled.

(2) The recommendation of the United States Magistrate Judge (Doc. 41) is adopted.

(3) The motion for preliminary injunction (Doc. 1) is denied.

It is further ORDERED that this case is referred back to the magistrate judge for further proceedings.

DONE, this the 23rd day of April, 2021.

    /s/ Myron H. Thompson
    **UNITED STATES DISTRICT JUDGE**