IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **MICHAEL T. RAND,** ) <br> ) <br>     Plaintiff, ) <br> ) <br>   v. ) <br> ) <br> **DEMETRIUS SANDERS, et al.,** ) <br> ) <br>     Defendants. ) | **CIVIL ACTION NO.** <br> **2:20cv783-MHT** <br> **(WO)** |

**OPINION**

Plaintiff, a federal inmate, filed this *pro se* *Bivens* action and petition for writ of habeas corpus complaining about the denial of his request to be placed in home confinement. This action is now before the court on the recommendation of the United States Magistrate Judge that defendants' motion to dismiss should be granted, that plaintiff's *Bivens* lawsuit should be dismissed with prejudice, and that plaintiff's petition for writ of habeas corpus should be denied. There are no objections to the recommendation. After an independent and de novo

review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 29th day of August, 2023.

                                  /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**